Shineco, Inc. v Lei Zhang (2024 NY Slip Op 00037)

Shineco, Inc. v Lei Zhang

2024 NY Slip Op 00037

Decided on January 04, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 04, 2024

Before: Singh, J.P., Scarpulla, Pitt-Burke, Higgitt, O'Neill Levy, JJ. 

Index No. 160669/21 Appeal No. 1344 Case No. 2022-04509 

[*1]Shineco, Inc., Plaintiff,
v
Lei Zhang et al., Defendants-Appellants, Transhare Corp., Nominal Defendant-Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Barry R. Ostrager, J.), entered on or about September 9, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated December 21, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 4, 2024